```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12219
   DAVID A RIGOR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1886


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/10/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG        .00           .00           .00
CHASE HOME FINANCE LLC   UNSECURED       NOT FILED          .00           .00
TOYOTA MOTOR CREDIT      SECURED VEHIC        .00           .00           .00
TOYOTA MOTOR CREDIT      UNSECURED       NOT FILED          .00           .00
COOK COUNTY TREASURER    PRIORITY        NOT FILED          .00           .00
COOK COUNTY TREASURER    PRIORITY        NOT FILED          .00           .00
COOK COUNTY TREASURER    PRIORITY        NOT FILED          .00           .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED          .00           .00
GE MONEY BANK            UNSECURED         3543.24          .00           .00
HSBC CARD SERVICES       UNSECURED       NOT FILED          .00           .00
NIEMAN MARCUS            UNSECURED       NOT FILED          .00           .00
NORDSTROMS BANK          UNSECURED       NOT FILED          .00           .00
PENLAND & HARTWELL       SECURED           5374.09          .00           .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE        .00           .00           .00
COOK COUNTY TREASURER    SECURED           1365.94          .00           .00
CHAD M HAYWARD           DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------         --------------
TOTALS                        .00                    .00



               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12219 DAVID A RIGOR
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12219 DAVID A RIGOR